UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 93-518 |
| v. | : | Honorable Jose L. Linares |
| DANNY BASS | : | Order |

This matter having come before the Court on application of defendant Danny Bass (*pro se*), for an order requesting expungement of his criminal record; and this Court having considered defendant's request as well as the Government's response in opposition to defendant's request,

IT IS on this __18__ day of __FEB__ 2011

ORDERED that Defendant Danny Bass's petition for expungement of his criminal record is dismissed.

SO ORDERED.

HON. JOSE L. LINARES
United States District Judge